

FILED

10/29/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0524

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0524

TYRONE LEE RISHER,

Petitioner,

v.

BOB OLSON, STATE OF MONTANA,

Respondent.

FILED

OCT 29 2021

E.
Clerk
S.    M. Cana

O R D E R

Tyrone Lee Risher has filed a petition for a writ of habeas corpus, indicating that his incarceration is illegal because he did not waive his presence for any hearing when the Butte-Silver Bow County District Court amended his written judgment to conform with oral pronouncement. He requests that the Department of Corrections (DOC) recalculates his sentence as this Court directs. Risher includes copies of the DOC sentence calculations as well as the written judgments.

On January 10, 2019, the District Court sentenced Risher for felony criminal mischief to the DOC for an unsuspended, five-year term. In the written judgment filed January 31, 2019, the District Court ordered that this case was to run concurrently with his other sentences from Jefferson County and Granite County. On July 18, 2019, the court addressed a motion to amend the written judgment and sentencing order to conform with the oral pronouncement of sentence, pursuant to § 46-18-116, MCA, filed by counsel for Risher, the week before.[1] The court modified the original judgment to show that the five-year sentence would run concurrently with only his sentence from Granite County (Cause No. DC-17-2, not DC-18-2).

---

[1] Section 46-18-116(2), MCA, provides that if a written judgment and oral pronouncement conflict, the defendant may request that the court modify the written judgment within 120 days. The written judgment was filed on January 31, 2019, and any request should have been filed before May 31, 2019.

This Court requested a copy of the minute entry from the District Court to confirm the running of the sentences. The January 10, 2019 minute entry reflects that "[t]he [c]ourt ordered this sentence to run concurrent to Defendant's sentences in Jefferson County (DC-18-17) and Granite County (DC-[17]-2)." The written Judgment and Order of Commitment is similar and states "that this matter shall run concurrent to Jefferson County DC-18-17 and Granite County DC-[17]-2." The Order Amending Written Judgment to Conform to Oral Pronouncement provides "[t]hat DC-17-299 (Silver Bow County) run concurrent with DC-17-2 (Granite County)."

Upon review, we deem it appropriate to require a response to Risher's petition because his sentence may be illegal. Therefore,

IT IS ORDERED that the Attorney General or counsel for the Department of Correction is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response to the petition for a writ of habeas corpus together with appropriate documentary exhibits.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the Attorney General; to counsel for the Department of Corrections; and to Petitioner personally.

DATED this 29th day of October, 2021.

_____
Justice